IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES M. BRADY**                                                            **PLAINTIFF**

**V.**                                                **CAUSE NO. 3:16-CV-959-CWR-FKB**

**BRIAN LADNER, ET AL.**                                         **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL

BEFORE THE COURT is *pro se* Plaintiff James Brady's Motion for Voluntary Dismissal. Docket No. 22. He is incarcerated with the Mississippi Department of Corrections. He filed this case challenging the conditions of his confinement. He now moves to voluntarily dismiss this case, pursuant to Federal Rule of Civil Procedure 41(a). The Court finds this Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that *pro se* Plaintiff James Brady's Motion for Voluntary dismissal should be and is hereby **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE.** A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 26th day of September, 2017.

                                                                          s/ Carlton W. Reeves
                                                                          UNITED STATES DISTRICT JUDGE